IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARRELL BILLINGSLEA, TDCJ No. 1588458, | § § § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:22-cv-622-M |
| MARIAN BROWN and KOBBY WARREN, | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case, which he then supplemented after Plaintiff filed an amended complaint. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation as supplemented to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation as supplemented for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 3rd day of February, 2023.

_____
BARBARA M. G. LYNN
CHIEF JUDGE